## UNITED STATES BANKRUPTCY COURT
### Massachusetts

In re:    **Cosi, Inc.**

_____

Case No. _____

_____

Chapter **11** _____

Debtors

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    **9/28/16**    Signed:    _____

Patrick Bennett
Interim Chief Executive Officer

Dated:    _____    Signed:    _____

Signed:    _____

**Joseph H. Baldiga**
**Attorney for Debtor(s)**
**Bar no.: 549963**
**1800 West Park Drive, Suite 400**
**Westborough, Massachusetts 01581**
**Telephone No: (508) 898-1501**
**Fax No: (508) 791-8502**

**E-mail address:**
**jbaldiga@mirickoconnell.com**

1128 Associates LP
c/o Landmark Communities, LLC, Managing
One Saucon View
Bethletham, PA 18015

1128 Associates, L.P.
c/o Landmark Communities, LLC
Managing Agent
One Saucon View
Bethlehem, PA 18015

125 High Street, LP c/o Tishamn Speyer P
Attn: Office of the Building
125 High Street, 14th Floor
Boston, MA 02110

125 High Street, LP c/o Tishman Speyer P
125 High Street, LP c/o Tishman Speyer P
125 High Street, 14th Floor
Boston, MA 02110

1700 Market Street Associates, L.P. and
c/o Nightingale Realty, Attn: Elie Schwa
1430 Broadway, Suite 1605
New York, NY 10018

1700 Market Street Associates, L.P. and
c/o Nightingale Realty; Attn: Elie Schwa
1430 Broadway, Suite 1605
New York, NY 10018

230 West Monroe PT, LLC
c/o MB Real Estate
Suite 220, 230 West Monroe Street
Chicago, IL 60606

230 West Monroe PT, LLC
c/o MB Real Estate
Suite 220, 230 West Monroe Street
Chicago, IL 60606

498 Seventh, LLC
c/o George Comfort & Sons, Inc.
200 Madison Avenue
New York, NY 10016

53 State Street Lessee LLC c/o UBS Realt
53 State Street Lessee LLC c/o UBS Realt
10 State House Square - 15th Floor
Hartford, CT 06103

53 State Street Lessee LLC c/o UBS Realt
c/o UBS Realty Investors, LLC
Attn: 53 State St. Boston, MA Asset Mana
10 State House Square - 15th Floor
Hartford, CT 06103

55 Broad Street LP
345 Park Avenue
New York, NY 10154

55 Broad Street, L.P.
345 Park Avenue
New York, NY 10154

6056 Leasehold Company LLC
60 East 56th Street
New York, NY 10022

6056 Leasehold Company, LLC
60 East 56th Street
New York, NY 10022

841-853 Broaday Associates
7 Penn Plaza, Suite 618
New York, NY 10001

A&L Commercial Appliance
3300 Park Avenue
P.O. Box 269
Wantagh, NY 11793

A-1 Microwave Service Corp.
89 Access Road, Suite 14
Norwood, MA 02062

AAK Dobbin LLC
AAK Dobbin LLC; Attn: James Michael Abra
5850 Waterloo Road, Suite 230
Columbia, MD 21045


AB Opportunity Fund LLC
Ten Princeton Avenue, P.O. Box 228
Rocky Hill, NJ 08553


AB Value Opportunity Fund, LLC
84 Elm Street
Westfield, NJ 07090


AB Value Partners, L.P.
84 Elm Street
Westfield, NJ 07090


Accountempts
12400 Collections Center Dr.
Chicago, IL 60693


Acme Linen
P.O. Box 3247
Brockton, MA 02302


ACME Linen
P.O. Box 3247
Brockton, MA 02302


Advanced Disposal Services Midwest, LLC
Solid Waste Midwest, LLC - T4
P.O. Box 6484
Carol Stream, IL 60197-6484


AFA Protective Systems, Inc.
155 Michael Drive
Syosset, NY 11791

AFA Protective Systems, Inc.
155 Michael Drive
Syosset, NY 11791


Airgas National Carbonation
P.O. Box 602792
Charlotte, NC 28260-2792


Airgas Retail Solutions
P.O. Box 532609
Atlanta, GA 30353-2609


Airmall Boston Inc. (f/k/a BAA Boston, I
Airmall Boston Inc. (f/k/a BAA Boston, I
Pittsburgh International Airport
P.O. Box 12318
Pittsburgh, PA 15231


Airmall Boston, Inc.
P.O. Box 62589
Baltimore, MD 21264-2589


Alan Bogosian Electric
640 Lowell Street
Lexington, MA 02420


Albert B. Ashforth, Inc.
Property Manager
970 Farmington Avenue
West Hartford, CT 06107


Alexandra Dunk
145 Pickney Street #121
Boston, MA 02114


All Comfort Services, Inc.
5245 Voges Road
Madison, WI 53718

Allstate Fire Equipment
18 Maple Avenue
Barrington, RI 02806


Altus Metal & Marbel
732 Smithtown Bypass Suite 304
Smithtown, NY 11787


American Bottling Company
21431 Network Place
Chicago, IL 60673


American Electric Power
P.O. Box 24418
Canton, OH 44701-4418


American Express Bank, FSB
4315 South 2700 West
Salt Lake City, UT 84184


American Stock Transfer & Trust Co.
P.O. Box 12893
Philadelphia, PA 19176-0893


Annies Frozen Yogurt, Inc.
5200 W. 74th Street
Edna, MN 55439


Apollo Pro cleaning
P.O. Box 2100
Wintersville, OH 43953


Approved Refrigeration
14 W. Madison Avenue
Dumont, NJ 07628

Arcade Industries, Inc.
205 Southbridge St.
P.O. Box 375
Auburn, MA 01501


Arkadin Inc.
Arkadin Inc.
Lockbox #32726 Collection Center Drive
Chicago, IL 60693-0726


ASC1
P.O. Box 8779
Madison, WI 53708


Ashley Flenard
131 S Pine Avenue
Maple Shade, NJ 08052


B&E Juice
P.O. Box 65005
Baltimore, MD 20264-5005


B.E. Realty Limited Partnership
2 Charlesgate West
Boston, MA 02215


B.E. Realty Limited Partnership
B.E. Realty Limited Partnership
2 Charlesgate West
Boston, MA 02215


BA Major Associates LLC
99 Conifer Hill Drive
Danvers, MA 01923-1151


BAA Boston, Inc.
Attn: President
P.O. Box 12318
Pittsburgh International Airport
Pittsburgh, PA 15231-0318

BAA Boston, Inc.
BAA Boston, Inc.; Attn: President
P.O. Box 12318
Pittsburgh International Airport
Pittsburgh, PA 15231-0318

Baker Properties, Inc.
Bryn Mawr Square
763 Lancaster Avenue, Suite 250
Bryn Mawr, PA 19010

Bank Direct Capital Finance
Two Conway Park
150 N Field Dr. 190
Lake Forest, IL 60045

Barlo Signs International
158 Greeley Street
Hudson, NH 03051

Basia Rudy
21 Kristin Drive #114
Schaumburg, IL 60195

BBA Boston, Inc.
Attn: President
P.O. Box 12318
Pittsburgh International Airport
Pittsburgh, PA 15231-0318

BDO USA, LLP
P.O. Box 642743
Pittsburgh, PA 15264-2743

Bell & Sons
26514 West Seven Mile
Redford, MI 48240-1958

Bexley Community Improvement Corporation
c/o Continental Realty, Ltd.
Attn: Lisa Tebbetts
150 East Broad Street, Suite 310
Columbus, OH 43215

BFPE International
P.O. Box 791045
Baltimore, MD 21279-1045


BGE
P.O. Box 13070
Philadelphia, PA 19101-3070


Bix Produce
1415 L'Orient Street
St. Paul, MN 55117


Black Rock Investors LP
c/o Winterstar Corporation
14 Balligomingo Road, Box 992
Conshohocken, PA 19428


Board of Water and Light
P.O. Box 13007
Lansing, MI 48901-3007


Boston Lock & Safe Co.
30 Lincoln Street
Boston, MA 02135-1494


BRI 1855 IDS Center, LLC
P.O. Box 204321
Dallas, TX 75320-4321


Broadview NEtworks
P.O. Box 9242
Uniondale, NY 11555-9242


Bryn Mawr Square Associates Limited Part
Baker Properties, Inc.
Bryn Mawr Square
763 W. Lancaster Avenue, Suite 250
Bryn Mawr, PA 19010

Bryn Mawr Square Shopping Center
761 Lancaster Avenue
Bryan Mawr, PA 19010


Bullseye Recruiting, LLC
197 State Route 128 South
East Brunswick, NJ 08816


Bullseye Telecom
P.O. Box 33752
Detroit, MI 48232-53752


C&B Realty #3 LLC
c/o Colin Development LLC; Attn: Legal D
1520 Northern Boulevard
Manhasset, NY 11030-3006


C&B Realty #3 LLC c/o Colin Development
Attn: Legal Department
1520 Northern Boulevard
Manhasset, NY 11030-3006


Cadwalader Wickersham
One World Financial Center
New York, NY 10281


Cafecare, Inc.
480 Davinci Circle
Bolingbrook, IL 60440


Caltec Electric
98-19 103rd Avenue
Ozone Park, NY 11417


Cameron C. Troilo and Olga Jean Troilo
P.O. Box 291
Yardley, PA 19067

Canada Dry Bottling Co.
P.O. Box 403685
Atlanta, GA 30384


Canada Dry Bottling Co.
P.O. Box 403685
Atlanta, GA 30384


Canada Dry Bottling Co.
P.O. Box 404925
Atlanta, GA 30384-4925


Canada Dry Bottling Co.
c/o Dr. Pepper Snapple Group, Inc.
5301 Legacy Drive
Plano, TX 75024


Canada Dry Bottling Co.
P.O. Box 103685
Meriden, CT 06451


Canada Dry Bottling Co.
P.O. Box 403685
Atlanta, GA 30384


Canada Dry Bottling Co.
P.O. Box 404925
Atlanta, GA 30384-4925


Canada Dry Potomac
P.O. Box 404925
Atlanta, GA 30384


Cassingham Elementary PTO
250 S. Cassingham Road
Bexley, OH 43209

Centerpoint Energy
P.O. Box 4671
Houston, TX 77210-4671


Central Office Alarm Company
140 South Columbus Avenue
Mt. Vernon, NY 10550


CFGI, LLC
99 High Street, 30th Floor
Boston, MA 02110


CFNX Linshire LLC
c/o Fortress Investment Group; Attn: Con
1345 Avenue of the Americas
46th Floor
New York, NY 20105


CFNX Linshire LLC c/o Fortress Investmen
Attn: Constantine M. Dakolis
1345 Avenue of the Americas, 46th Floor
New York, NY 201015


Charter Com
P.O. Box 3019
Milwaukee, WI 53201-3019


Chester County
601 Westtown Road, Suite 288
West Chester, PA 19380-0990


Christine Anderson
156 Ames Street
Sharon, MA 02067


Churchill Linen Service
P.O. Box 3247
Brockton, MA 02304

City of Bexley
Division of Water
2242 E. Main Street
Bexley, OH 43209


City of Birmingham
151 Martin Street
P.O. Box 3001
Birmingham, MI 48012


City of Boston
1010 Massachusetts Avenue
Boston, MA 02118


City of Chicago
Department of Finance
121 N. Lasalle Street, 7th Floor
Chicago, IL 60602


City of Chicago
Department of Revenue
Business Services Division
121 N. Lasalle
Chicago, IL 60602


City of Chicago
Department of Revenue
333 S. State Street, Room 310
Chicago, IL 60604


City of East Lansing
410 Abbott Road
East lansing, MI 48823


city of Evanston
P.O. Box 4007
Carol Stream, IL 60197-4007


City of New Rochell
515 North Avenue
New Rochelle, NY 10801

City of Newark
P.O. Box 13447
Philadelphia, PA 19101-3447


City of Newark
220 South Main Street
Newark, DE 19711


City of Philadelphia
Department of Finance
P.O. Box 56318
Philadelphia, PA 19130-6318


City of Southfield
Water & Sewer Department
P.O. Box 5045
Southfield, MI 48086-5045


Classic Recycling New York Corp.
409 River Road, Suite 1
Clifton, NJ 07014


CLC total Electric Service, Inc.
2267 Hiram Drive
Wheaton, IL 60187


Clean Way Waste Services, Inc.
P.O. Box 105
Readville, MA 02137


Clear View Building Services
P.O. Box 872
Dublin, OH 43017


Coastal Sunbelt Produce
8704 Ballman Place
Savage, MD 20763

Coastal Sunbelt Produce
8704 Ballman Place
Boston, MA 02284-3009


Coca Cola / Service
P.O. Box 102499
68 Annex
Atlanta, GA 30368


Coca Cola / Service
P.O. Box 102499
Atlanta, GA 30368


Coca Cola Refreshments
Philadelphia Sales Center
P.O. Box 85005-2735
Philadelphia, PA 19178-2735


Coca Cola Refreshments
Philadelphia Sales Center
P.O. Box 85005-2735
Philadelphia, PA 19178-2735


Coca-Cola Bottling Co. Chester County
299 Boot Road
Downington, PA 19335


Coca-Cola Bottling Co. Chester County
299 Boot Road
Downington, PA 19335


Columbia Gas
P.O. Box 742510
Cincinnati, OH 45274-2510


Columbia Gas
P.O. Box 742529
Cincinnati, OH 45274-2529

Columbia Gas of Mass.
P.O. Box 742514
Cincinnati, OH 45274-2514


Comcast
P.O. Box 1577
Newark, NJ 07101-1577


Comcast
P.O. Box 3002
Southeastern, PA 19398-3002


Comcast Cable
P.O. Box 7500
Southeastern, PA 19398-7500


ComEd
P.O. Box 6112
Carol Stream, IL 60197-6111


Commercial Parts & Services of Ohio, Inc
P.O. Box 36441
Cincinnati, OH 45236


Commissioner of Revenue Services
Department of Revenue Services
P.O. Box 2965
Hartford, CT 06104-2965


Commonwealth of Massachusetts
P.O. Box 7005
Boston, MA 02204


Commonwealth of Pennsylvania
Department of Revenue
Department 280405
Harrisburg, PA 17128

Concur Technologies
18400 NE Union Hill Road
Redmond, WA 98052


Concur Technologies
18400 NE Union Hill Road
Redmond, WA 98052


ConEdison
Cooper Station
P.O. Box 138
New York, NY 10276-0138


ConEdison Solutions
P.O. Box 223246
Pittsburgh, PA 15251-2246


Connecticut Natural Gas Corp.
P.O. Box 9245
Chelsea, MA 02150-9245


Consolidated Concepts Inc.
307 Waverley Oaks Rd.
Suite 401
Waltham, MA 02452


Constitution Partners, LP
P.O. Box 826850
Philadelphia, PA 19182-6850


Consumers Energy

Lansing, MI 48937-0001


Continental Properties
150 E. Broad Street
Columbus, OH 432115

Continental Properties
Attn: General Counsel
E. Broad Street
Columbus, OH 43215


Continental Properties
150 E. Broad Street
Columbus, OH 43215


Costa
P.O. Box 843009
Boston, MA 02284-3009


Cozzini Bros., Inc.
350 Howard Avenue
Des Plaines, IL 60018


Crunchtime
129 Portland Street, 2nd Floor
Boston, MA 02114


Crunchtime
129 Portland Street, 2nd floor
Boston, MA 02114


Dakom Service, Inc.
250 Walton Avenue, Suite 25
Bronx, NY 10451


Darling International Inc.
P.O. Box 552210
Detroit, MI 48255-2210


David Nieves
c/o Joshua Frank
Phillips & Associates, PLLC
45 Broadway, Suite 620
New York, NY 10006

David Savory
24 Dawes Street, Apt. 3
Dorchester, MA 02125


Day & Night Refrigeration Service Corp.
10 Charles Street
P.O. Box 310
New Hyde Park, NY 11040


Day & Nite Air Conditioning Corp.
10 Charles Street
New Hyde Park, NY 11040


Dayspring Window Cleaning
701 Utah Avenue South
Golden Calley, MN 55426


Deborah Sanders Lewis
10210 Ashbrooke CT.
Unit D
Oakton, VA 22124


Delaware Secretary of State
Division of Corporations
P.O. Box 858
Dover, DE 19903


Delmar Enterprises, Inc.
995 Louis Drive
Warminster, PA 18974


Delmarva Power Control, Inc.
P.O. Box 13609
Philadelphia, PA 19101


DG Service Company, Inc.
23 County Road
Mattapoisett, MA 02739

DirecTV
P.O. Box 60036
Los Angeles, CA 90060-0036


Double R Security
19 W Jefryn Blvde., Suite 1
Deer Park, NY 11729


DRI
700 13th Street, N.W.
Suite 900
Washington, DC 20005


DTE Energy
P.O. Box 740786
Cincinnati, OH 45274-0786


Dunbar Armored Inc.
P.O. Box 64115
Baltimore, MD 21264-4115


Dunbar Armored, Inc.
P.O. Box 64115
Baltimore, MD 21264-4115


Earth Bio Tech
50 Rices Mill Road
Glenside, PA 19038


East Office Operating Limited Partnershi
29807
Network Place
Chicago, IL 60673-1298


East Office Operating Limited Partnershi
East Office Operating Limited Partnershi
29807 Network Place
Chicago, IL 60673-1298

Easton Town Center II LLC c/o Steiner &
Attn: Lease Administration
4016 Townsfair Way, Suite 201
Columbus, OH 43219

Easton Town Center LL, LLC
c/o Steiner & Associates
Attn: Lease Administration
4016 Townsfair Way, Suite 201
Columbus, OH 43219

ECHO Swedesford Associates, LP
Attn: Thomas Karent, CEO
701 Alpha Drive
Pittsburgh, PA 15238

ECHO Swedesford Associates, LP
Attn: Thomas Karen, CEO
701 Alpha Drive
Pittsburgh, PA 15238

Ecolab
26252 Network Place
Chicago, IL 60673-1262

Ecolab
P.O. Box 70343
Chicago, IL 60673-0343

Ecolab
P.O. Box 32027
New York, NY 10087-2027

Ecolab
26252 Newtork Place
Chicago, IL 60673-1262

EI Printing/Secure Cash Advantage
200 Riverside Industrial Parkway
Portland, ME 04103

Elge Plumbing & Heating
P.O. Box 1070
Burlington, MA 01803


EMR-1
9100 Yellow Brick Road
Rosedale, MD 21237


Energy Management Systems
P.O. Box 646
Exton, PA 19341-0646


EOP - Reston Town Center, LLC c/o Equity
c/o Equity Office Properties
Attn: Building Manager
11921 Freedom Drive, Suite 980
Reston, VA 20190

EOP - South Station, LLC c/o Equity Offi
EOP - South Station, LLC c/o Equity Offi
100 Summer Street
Boston, MA 02110


EOP-Reston Town Center, LLC
c/o Equity Office Properties
Attn: Building Manager
11921 Freedom Drive, Suite 980
Reston, VA 20190

Equity Office Properties
Attn: Washington, D.C. Regional Counsel
Two North Riverside Plaza, Suite 2100
Chicago, IL 60606


Equity Office Properties
Attn: Washington, D.C. Regional Counsel
Two North Riverside Plaza
Suite 2100
Chicago, IL 60606


Eversource
P.O. Box 660369
Dallas, TX 75266-0369

Eversource
P.O. Box 650032
Dallas, TX 75265-0032


Facilitec East
930 Pyott Road
Crystal Lake, IL 60014


Facilitec Mid Central
21273 Hilltop
Southfield, MI 48034


Facilitec Mid Central
21273 Hilltop
Southfield, MI 48034


Faraco Knife & Slicer Co.
P.O. Box 42
Pennsburg, PA 18073


Federal Express
3965 Airways Blvd. G-4
Memphis, TN 38116


Ferrandino & Son, Inc.
71 Carolyn Blvd.
Farmingdale, NY 11735


Fields Fire Protection, Inc.
Drawer #2015
P.O. Box 5935
Troy, MI 48007-5935


Fire King Commercial Services, LLC
101 Security Parkway
New Albany, NY 47150

First Class Plumbing, LLC
2084 Generals Highway
Annapolis, MD 21401


First Crystal Park Associates Limited Pa
c/o Vorndao/Charles E. Smith L.P.
2345 Crystal Drive, Suite 1000
Arlington, VA 22202


First Crystal Park Associates Limited Pa
2345 Crystal Drive, Suite 1000
Arlington, VA 22202


First Franchise Capital Corporation
One Maynard Drive, Suite 2104
Park Ridge, NJ 07656


First States Investors 3500, LLC
Attn: Lease Administration
610 Old York Road, Suite 300
Jenkintown, PA 19046


First States Investors 3500, LLC
Attn: Lease Administrative
610 Old York Road, Suite 300
Jenkintown, PA 19046


Firstline Locksmith LLC
893 Cranberry South River Road, Suite 20
Jamesburg, NJ 08831


Fischer & Thompson Beverages Inc.
25 Ironia Road
Flanders, NJ 07836-9124


Fish Window Cleaning Mansfield
P.O. Box 261
Hopedale, MA 01747

Fish Window Cleaning PA
P.O. Box 496
Eagleville, PA 19408


Fish Window Cleaning Wareham
P.O. Box 50297
New Bedford, MA 02745


Frank M. Gargiulo & Son, Inc.
535 Sweetland Avenue
Hillside, NJ 07205


Franklin Machine Products
P.O. Box 781570
Philadelphia, PA 19178-1570


G&R Mechanical Inc.
3220 Bergey Rd.
Hatfield, PA 19440


GCS Services, Inc.
24673 Network Place
Chicago, IL 60673


Geer Gas Corp.
P.O. Box 16396
Columbus, OH 43216


Getfused, Inc.
285 Summer Street, Suite 100
Boston, MA 02210


Getfused, Inc.
285 Summer Street, Suite 100
Green Harbor, MA 02041

glynn Electric
11 Resnik Road
Plainview, MA 02360

Glynn Electric
11 Resnik Road
Plainview, MA 02360

Goodwin Procter
Exchange Place
53 State Street
Boston, MA 02109

Grainger
58-45 Grand Ave.
MASPETH, NY 11378-3299

Granite Telecommunications, LLC
Client ID #311
P.O. Box 983119
Boston, MA 02298-3119

Great Lakes Coca-Cola Distribution LLC
33076 Collection Center Drive
Chicago, IL 60693-0330

Great Lakes Service
50 Eisenhower Lane North
Lombard, IL 60148

Greenberg Traurig
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

Greenstein DeLorme & Luchs, P.C.
Attn: Jared S. Greenstein, Esq.
1620 L Street, N.W., Suite 900
Washington, DC 20036

Greenway Station SPE, LLC, RED Developme
Attn: Lease Legal Notices
One East Washington Street, Suite 300
Phoenix, AZ 85004-2513

Greenway Station SPE, LLC, Red Developme
Attn: Lease Legal Notice
One East Washington Street, Suite 300
Phoenix, AZ 85004-2513

Gregory J. Guggemos
Guggemost & Brown, P.C.
3496 Lake Lansing Road, Suite 120
East Lansing, MI 48823

Grenadier City Center, LLC
Attn: Josh Grenadier
28860 Southfield road, Suite 262
Southfield, MI 48076

Grenadier City Center, LLC
Attn: Josh Grenadier
28860 Soutfield Road, Suite 262
Southfield, MI 48076

Guardian Protection Services Inc.
174 Thorn Hill Road
Warrendale, PA 15086

Guardian Protection Services, Inc.
174 Thorn Hill Road
Warrendale, PA 15086

Guardian Security Systems
330 East 25th Street, Suite 21
Baltimore, MD 21218-5301

Guardian Water & Power
JP Morgan Chase Bank/Saucon
Valley Lifestyle Center
P.O. Box 28482
New York, NY 10087

Halsted Village LLC
c/o Stuart Frankel
3221 W. Big Beaver, Suite 106
Troy, MI 48084

Hammerhead Sawmill LLC
Attn: Maurice E. Levine
North High Street
Washington, OH 43085

Hammerhead Sawmill LLC
Attn: Maurice E. Levine
6641 North High Street
Worthington, OH 43085

Hays Companies
80 South 8th Street, Suite 700
Minneapolis, MN 55402

Highglen Yorktown Associates, LP
8120 Old York Road
Elkins Park, PA 19027-1424

Highglen Yorktown Associates, LP
8120 Old York Road
Elkins, PA 19027-1424

Hilco Real Estate, LLC
5 Revere Dr.
Northbrook, IL 60062

Hobart Service
P.O. Box 2517
Carol Stream, IL 60137-2517

Honey Hill Farms, LLC
89 Hayden Rowe Street
Hopkinton, MA 01748

Hoodz of Downtown Chicago
65 Eisenhower Lane South
IL, Lombard 60148


Hoopes Fire Prevention, Inc.
124 Sandy Drive
Newark, DE 17913


Hope Builders, Inc.
7611-G Rickenbacker Drive
Gaithersburg, MD 20879


Hub Properties Trust
c/o Reit Management & Research LLC; Attn
233 North Michigan Avenue, Suite 2470
Chicago, IL 60601

Hub Properties Trust
c/o Reit Management & Research LLC
Attn: Vice President, Midwest Region
233 North Michigan Avenue, Suite 2470
Chicago, IL 60601


Hudson Energy Services
24919 Network Place
Chicago, IL 60673-1249


IAC Service, LLC
14801 Build America Drive
Woodbridge, VA 22191


Ingram Yuzek Gainen Carroll & Bertolotti
Attn: Shane O'Neill, Esq.
250 Park Avenue, Sixth Floor
New York, NY 10177


Integrity Plumbing Systems, Inc.
407 Amanda Northern Road
Amanda, OH 43102

J & S Plumbing
370 Bond Street
Elk Grove Village, IL 60007


J.R. Plumbing, Inc.
16817 W. Greenfield Ave.
West Berlin, WI 53151


Jack Yuppa
9 Stuart Lane
Wayne, IN 07470


James Ferrari & Sons, Inc.
36845 Groesbeck Highway
Clinton Township, MI 48035


JBG/Courthouse Metro, LLC
4445 Willard Avenue, Suite 400
Chevy Chase, MD 20815


Jersey Central Power & Light
P.O. Box 3687
Akron, OH 44309-3687


Jessica Hall
38 E 45th Street
New York, NY 10017


Joanne McKiernan
11138 Stonebrook Drive
Manassas, VA 20112


JRM Hauling and Recycling Services, Inc.
265 Newbury Street
Peabody, MA 01960-1315

Julies Continental Cleaning Service, LLC
P.O. Box 394
Palisades Park, NJ 07650


K&G Equipment Service, Inc.
81 Washington Road
Monroe, NY 10950


KE Durasol Awnings, Inc.
38 Pond Lane, Suite B
Middlebury, VT 05753


Kimberly Domey Getker
53 4th St.
Attleboro, MA 02703


Kohl Children's Museum of Greater Chicag
Attn: William Sanders, VP of Business Af
2100 Patriot Boulevard
Glenview, IL 60016


Kohl Children's Museum of Greater Chicag
Attn: William Sanders, VP of Business Af
2100 Patriot Boulevard
Glenview, IL 60016


Komer Carbonic, Inc.
12120 Cloverdale
Detroit, MI 48204


Konica Minolta Premier Finance
P.O. Box 70239
Philadelphia, PA 19176-0239


KRT Property Holdings, LLC
Plymouth Plaza
580 West Germantown Pike, Suite 200
Plymouth Meeting, PA 19462

L.C. Anderson, Inc.
15 Soldiers Field Place
Boston, MA 02135


La Grasso Brothers, Inc.
5001 Bellevue
P.O. Box 2638
Detroit, MI 48202


Landis & James Electric, Inc.
4200 Bethlehem Pike
Telford, PA 18969


Laner Muchin Dombrow Becker
Levin & Tominberg, Ltd.
515 N. State Street, Suite 2800
Chicago, IL 60654


Laura Martinez
16 King St.
Stanhope, NJ 07874


Lawrence Phillips
Hoffman Enterprises, Director of Real Es
36 Albany Turnpike
West Simsbury, CT 06092


Lenox Martexx
89 Heath Street
Boston, MA 02130


Level 10
P.O. Box 88496
Chicago, IL 60680-1496


Levy & Droney, P.C.
Attn: Jomarie T. Andrews, Esq.
74 Batterson Park Road
Farmington, CT 06032

Lexham Street Retail, LLC
c/o Lexham Private Investors, LLC
Attn: Marc K. Lewis
274 Riverside Avenue
Westport, CT 06880


Liemco Ltd.
P.O. Box 251
Oceanside, NY 11572


Lisa Gallagher
128 Shute Street
Everett, MA 02149


LWC Service
P.O. Box 1091
Willow Grove, PA 19090


M.A. Stockstill Co.
1434 Cedarhurst Road
Shady Side, MD 20764


MacDonald Restaurant Repair
P.O. Box 61
Norfolk, MA 02056


Madison Gas and Electric
P.O. Box 1231
Madison, WI 53701


Main Street At Exton, LLP
c/o Wolfson Verrichia Group, Inc.
Attn: Steven B. Wolfson and Thomas F. Ve
1250 Germantown Pike, Suite 305
Plymouth Meeting, PA 19452


Manning Personnel Group, Inc.
211 Congress Street, 10th Floor
Boston, MA 02110

Mark Angelini
60 Beacon Street Unit#2
Chelsea, MA 02150


Massachusetts Institute of Technology c/
Attn: Steven C. Marsh
238 Main Street, Suite 200
Cambridge, MA 02142

Massachusetts Institute of Technology c/
Massachusetts Institute of Technology c/
238 Main Street, Suite 200
Cambridge, MA 02142


Massachusetts Port Authority
P.O. Box 3471
Boston, MA 02241-3471


McCaren Designs Inc.
760 Vandalia Street, Suite 100
St. Paul, MN 55114


McCaren Designs, Inc.
760 Vandalia Street, Suite 100
St. Paul, Minnesotta 55114


Medford Wellington Service Company
9 Executive Park Drive, Suite 100
North Billerica, MA 01862


Mediant Communications, Inc.
P.O. Box 29976
New York, NY 10087-9976


Memeo.com, Inc.
P.O. Box 654018
Dallas, TX 75265-4018

Merchandise Mart Properties, Inc.
Attn: Legal Department
222 Merchandise Mart Plaza
Suite 470
Chicago, IL 60654

Metlife
Dept. Ch10579
Palatine, IL 60055-0579

Metropolitan Transportation Authority
347 Madison Avenue
New York, NY 10017

Michael Bamberger, Esq.
Bech, Chaet & Bamberger, S.C.
Two Plaza East, Suite 1085
330 E. Kilbourn Avenue
Milwaukee, WI 53202

Michael Battle
93 Fries Mill Road
Franklinville, NJ 08322

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

Microven Electronic
89 Access Road, Suite 14
Norwood, MA 02446

Midwest Fresh Foods
L-3504
Columbus, OH 43260

Milfam II L.P.
222 Lake Avenue, Suite 160-3 65
West Palm Beach, FL 33401

Milfam II L.P.
3300 South Dixie Highway, Suite 1-365
West Palm Beach, FL 33405


Mimeo.com, Inc.
P.O. Box 654018
Dallas, TX 75265-4018


Minnesota Revenue
Mail Station 1250
St. Paul, MN 55145-1250


Mississippi Welders Supply Co., Inc.
5150 W 6th Street
P.O. Box 1036
Winona, MN 55987


Mobile Lock & Safe Inc.
P.O. Box 803707
Chicago, IL 60680


Mondial Properties III, LLC
600 N. Old Woodward, Suite 100
Birmingham, MI 48009


Monkey Media
West 8th Avenue, Suite 220-1401
Vancouver, BC CANADA V6H1C9


Mount Laurel Township
1201 South Church Street
Mount Laurel, NJ 08054


Mount Laurel Township
1201 South Church Street
Mount Laurel, NJ 08054

Muzak LLC
P.O. Box 601968
Charlotte, NC 28260-1968


Muzak LLC
P.O. Box 71070
Charlotte, NC 28272-1070


NACA Realty Corporation
c/o GE Asset Management Incorporated
Attn: Real Estate Counsel
3003 Summer Street, P.O. Box 7900
Stamford, CT 06904

NACA Realty Corporation
c/o GE Asset Management Incorporated
Attn: Real Estate Consel
3003 Summer Street, P.O. Box 7900
Stamford, CT 06904

NASDAQ Corporate Solutions, LLC
c/o Wells Fargo Bank, NA
Lockbox 11700
P.O. Box 780700
Philadelphia, PA 19178-0700

NASDAQ Corporate Solutions, LLC
c/o Wells Fargo Bank, NA
Lockbox 11700
P.O. Box 780700
Philadelphia, PA 19178-0700


National Grid
P.O. Box 9037
Hicksville, NY 11802-9037


National Grid
P.O. Box 11735
Newark, NJ 07101-4735


National Railroad Passenger Corporation
Real Estate Development Department; Attn
30th and Market Streets, 5th Floor
South Tower
Philadelphia, PA 19104