UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>**COSI, INC.,**<br><br>Debtor. | **Chapter 11**<br>Case No. 16-_____ |

## CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The following is a consolidated list of creditors holding the 20 largest unsecured claims against the above-captioned Debtor and its related affiliates listed in Attachment 1 to Voluntary Petition filed concurrently herewith. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) and as prescribed by Official Form 204 for filing in these Chapter 11 cases. The list does not include claims: (1) by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31) or (2) by secured creditors, unless the secured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.[1]

---

[1] The amounts listed herein are submitted in compliance with Fed. R. Bankr. P. 1007(d) and are not an admission of liability by any Debtor.

| | Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, and Email Address of Creditor Contact | Nature of Claim | Contingent Unliquidated Disputed | Amount of Unsecured Claim |
|---|---|---|---|---|---|
| 1. | Robert J. Dourney<br>770 Boylston Street<br>Apt. 12I<br>Boston, MA 02199 | (774) 766-0907<br><br>dourneyrj@yahoo.com | Severance | | $383,077.00 |
| 2. | Cadwalader Wickersham<br>One World Financial Center<br>New York, NY 10281 | Andre Mentes<br><br>(212) 504-6009<br><br>andre.mentes@cwt.com | Legal Services | | $146,942.66 |
| 3. | Quad/Graphics, Inc.<br>P.O. Box 644840<br>Pittsburgh, PA 15264-4840 | Sandra Hubbard<br><br>(414) 566-4494<br><br>shubbard@pg.com | Trade Debt | | $110,577.71 |
| 4. | 55 Broad Street LP<br>345 Park Avenue<br>New York, NY 10154 | (Rudin Management)<br><br>Timothy During<br><br>(212) 407-2472<br><br>tduring@rubin.com | Lease Obligations | | $90,867.22 |
| 5. | Piece Management, Inc.<br>117 South 2nd Street<br>New Hyde Park, NY 11040 | Claire Priest<br><br>(516) 620-3074<br><br>cpriest@piecemanagement.com | Trade Debt | | $85,037.31 |
| 6. | 498 Seventh, LLC<br>c/o George Comfort & Sons, Inc.<br>200 Madison Avenue<br>New York, NY 10016 | David P. Dilmanian<br><br>(212) 695-3820,<br>Ext. 4<br><br>maureen@gcomfort.com | Lease Obligations | | $75,637.72 |

2

| | Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, and Email Address of Creditor Contact | Nature of Claim | Contingent Unliquidated Disputed | Amount of Unsecured Claim |
|---|---|---|---|---|---|
| 7. | T-C 685 Third Avenue, LLC<br>Attn: Project Management Office<br>685 Third Avenue<br>New York, NY 10017 | Anthony (Assistant Real Estate Manager)<br><br>(212) 682-7607<br><br>Anthony.Muscatelli@am.jll.com | Lease Obligations | | $72,770.53 |
| 8. | Uniway Partners, LP<br>c/o Rose Associates, Inc.<br>200 Madison Avenue<br>New York, NY 10016 | Othaniel S. Cruickshank (AR Manager)<br><br>Ted McLaughlin (Property Manager)<br><br>(212) 850-2788<br><br>ocruickshank@empirestaterealtytrust.com | Lease Obligations | | $68,239.45 |
| 9. | Bank Direct Capital Finance<br>Two Conway Park<br>150 N Field Dr.190<br>Lake Forest, IL 60045 | (877) 266-5456<br><br>contactus@bankdirectcapital.com | Trade Debt | | $65,960.08 |
| 10. | RCPI Landmark Properties, LLC<br>c/o Tishman Speyer Properties, L.P.<br>Attn: Property Manager<br>45 Rockefeller Plaza<br>New York, NY 10111 | Louis<br><br>(212) 332-6661, Ext. 6619<br><br>kwood@tishmanspeyer.com | Lease Obligations | | $65,047.67 |
| 11. | SRI Eight 399 Boylston LLC<br>c/o Shorenstein Properties, LLC<br>Attn: Corporate Secretary<br>235 Montgomery Street,<br>16th Floor<br>San Francisco, CA 94104 | Jenn DeRenzi<br><br>(857) 264-3946<br><br>Jenn_DeRenzi@equityoffice.com | Lease Obligations | | $62,287.22 |

Client Matter/27288/1/A3475110.DOCX

| | Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, and Email Address of Creditor Contact | Nature of Claim | Contingent Unliquidated Disputed | Amount of Unsecured Claim |
|---|---|---|---|---|---|
| 12. | Rose Hill Property Associates, Inc.<br>461 Park Avenue South<br>New York, NY 10016 | Navin Balraj<br><br>(212) 763-3536<br><br>nbalraj@mhpnyc.com | Lease Obligations | | $61,549.33 |
| 13. | Pan Am Equities, agent for Whitehall Properties II, LLC<br>Attn: Scott E. Solomon<br>3 New York Plaza<br>New York, NY 10017 | John DiPaola<br><br>(212) 691-3829<br><br>JDiPaola@PanAmEquities.com | Lease Obligations | | $58,936.51 |
| 14. | Street Retail, Inc.<br>1626 East Jefferson Street<br>Rockville, MD 20852 | Craig Ridgley<br><br>(301) 998-8187<br><br>CRidgley@federalrealty.com | Lease Obligations | | $57,096.61 |
| 15. | 230 West Monroe PT, LLC<br>c/o MB Real Estate<br>Suite 220, 230 West Monroe Street<br>Chicago, IL 60606 | Elizabeth Radke<br><br>(312) 641-1515<br><br>eradke@accessoservices.com | Lease Obligations | | $52,286.59 |
| 16. | 53 State Street Lessee LLC<br>c/o UBS Realty Investors, LLC<br>Attn: 53 State Street Boston, MA Asset Manager<br>10 State House Square - 15th Floor<br>Hartford, CT 06103 | Lincoln Property Company<br>Mr. Steve Flagg<br>General Manager<br><br>(617) 619-4700,<br>Ext. 4702<br><br>sflagg@lpc.com | Lease Obligations | | $51,140.61 |

Client Matter/27288/1/A3475110.DOCX

| | Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, and Email Address of Creditor Contact | Nature of Claim | Contingent Unliquidated Disputed | Amount of Unsecured Claim |
|---|---|---|---|---|---|
| 17. | Easton Town Center LL, LLC c/o Steiner & Associates Attn: Lease Administration 4016 Townsfair Way, Suite 201 Columbus, OH 43219 | Cheryl Keller (614) 416-8350 ckeller@steiner.com | Lease Obligations | | $51,018.17 |
| 18. | Microsoft Corporation One Microsoft Way Redmond, WA 98052 | v-damen@microsoft.com mscredit@microsoft.com | Trade Debt | | $50,437.73 |
| 19. | BDO USA, LLP P.O. Box 642743 Pittsburgh, PA 15264-2743 | John Blanchette (617) 422-7589 jblanchette@bdo.com Mathew DeMong (617) 422-7575 mdemong@bdo.com | Professional Services | | $46,835.00 |
| 20. | The Art Institute of Chicago Attn: David Thrum Chief Operating Officer 116 S. Michigan Avenue Chicago, IL 60603 | Patrick Jones (312) 443-3940 pjones@artic.edu | Lease Obligations | | $46,643.25 |

Client Matter/27288/1/A3475110.DOCX