**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:   Cosi, Inc., *et al*. | Chapter 11<br>Case No. 16-13704- MSH |
| Debtors | Jointly-Administered[1] |

### APPOINTMENT OF AN OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS

Pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following holders of unsecured claims to the Official Committee of Unsecured Creditors in the above-referenced cases:

Robert J. Dourney
770 Boylston Street, Unit 12i
Boston, MA 02199
Tel: (774) 766-0907
Email: dourneyrj@yahoo.com

NStar Electric Company
c/o Honor S. Heath, Esq.
107 Seldon Street
Berlin, CT 06047
Tel: (860) 665-4865
Fax: (860) 665-5504
Email: honor.heath@eversource.com

SRI EIGHT 399 Boylston LLC
c/o Paul Filtzer
100 Summer Street, Suite 900
Boston, MA 02110
Tel: (617) 425-6064
Email: paul_filtzer@equityoffice.com

                                        Respectfully submitted,
                                        WILLIAM K. HARRINGTON
                                        United States Trustee
                                        By: /s/ Paula R.C. Bachtell
                                        Paula R. C. Bachtell BBO#564155

---

[1] The other debtors in these jointly-administered cases are: Cosi Sandwich Bar, Inc., 16-13705 – MSH, Xando Cosi of Maryland, Inc., 16-13706 – MSH, Hearthstone Associates, LLC, 16-13707 – MSH, Hearthstone Partners, LLC, 16-13708 – MSH

        John W. McCormack Post Office and Courthouse
        5 Post Office Square, Suite 1000
        Boston, MA 02109-3934
        (617) 788-0406
        (617) 565-6368

Dated: October 6, 2016        Paula.bachtell@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on October 6, 2016, true and correct copies of the foregoing appointment were served by CM/ECF upon those individuals who have filed CM/ECF notices of appearance in the Court's CM/ECF database and by U.S. Mail, postage pre-paid or electronic mail upon those persons listed above and below.

        WILLIAM K. HARRINGTON
        United States Trustee

        By:   /s/ Paula R. C. Bachtell
                Paula R. C. Bachtell BBO# 564155
                United States Department of Justice
                John W. McCormack Post Office and Courthouse
                5 Post office Square, 10th Floor, Suite 1000
                Boston, MA 02109-3934
                Boston, MA 02222
                PHONE:   (617) 788-0406
                FACSIMILE: (617) 565-6368
                Paula.bachtell@usdoj.gov

By Mail

498 Seventh, LLC
Attn: Dan Dilmanian
c/o George Comfort & Sons
200 Madison Avenue, 26th Floor
New York, NY 10016
Tel: (212) 542-2109
Fax: (212) 542-2170
Email: dan@gcomfort.com

Gordon Food Service, Inc.
Attn: Sharon Murphy
1300 Gezon Parkway SW
Wyoming, MI 49302
Tel: (616) 717-4806
Fax: (616) 717-6024
Email: Sharon.vet@gfs.com