UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>COSI, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 16-13704-MSH<br><br>(Jointly Administered) |

DEBTORS' MOTION TO AMEND DEBTOR'S
MOTION FOR AN ORDER APPROVING
KEY EMPLOYEE RETENTION PROGRAM

TO THE HONORABLE MELVIN S. HOFFMAN:

Cosi, Inc., on behalf of itself and affiliated debtors and debtors-in-possession (collectively, the "Debtors" or the "Company"), hereby submits this modification (the "Modification") to its motion (the "Motion") for an order approving the Debtors' key employee retention program for certain non-insider employees (the "KERP") and authorizing the payments contemplated thereunder. The Modification seeks to eliminate three employees from participation in the KERP. In support of this Modification, the Debtors respectfully represent as follows:

1. The Debtors filed the Motion on September 28, 2016. The Motion is presently scheduled for hearing on October 20, 2016.

2. Since filing the Motion, the Debtors have had discussion with the Office of the United States Trustee (the "UST"). The UST raised a concern that there were three employees identified as KERP participants on **Exhibit A** to the Motion who are not eligible to participate in the KERP under the requirements of Bankruptcy Code § 503(c)(1) or (2).

---

[1] The Debtors in these Chapter 11 cases are Cosi, Inc. (Case No. 16-13704), Xando Cosi of Maryland, Inc. (Case No. 16-13706), Cosi Sandwich Bar, Inc. (Case No. 16-13705), Hearthstone Associates, LLC (Case No. 16-13707), and Hearthstone Partners, LLC (Case No. 16-13708). The Debtors' corporate offices are located at 294 Washington Street, Suite 510, Boston, Massachusetts 02108. The cases are jointly administered under the Cosi, Inc. case number.

3. Specifically, the UST asserted that the following proposed participants are "insiders" and therefore not eligible to participate: (a) Vicki Baue, Vice President & General Counsel, and Assistant Secretary; (b) William Nicolini, Vice President of Operations; and (c) Tania DiSciullo, Controller and Assistant Secretary (collectively, the "Officers"). Those Officers are the first three employees listed on **Exhibit A** to the Motion.

4. After consultation with the UST, the Debtors hereby amend the KERP to eliminate the Officers from the list of KERP participants. A revised **Exhibit A** is attached hereto.

5. The Debtors respectfully request that this Court enter an Order approving the KERP as amended, as such approval is in the best interest of the Debtors' estates, their creditors and all parties-in-interest.

Respectfully submitted,

**COSI, INC., XANDO COSI OF MARYLAND, INC., COSI SANDWICH BAR, INC., HEARTHSTONE ASSOCIATES, LLC, AND HEARTHSTONE PARTNERS, LLC**

By their proposed counsel,

/s/ Paul W. Carey
Joseph H. Baldiga, BBO # 549963
Paul W. Carey, BBO #566865
Christine E. Devine, BBO #566990
Kate P. Foley, BBO #682548
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
Phone: (508) 898-1501
Fax: (508) 898-1502
Email: bankrupt@mirickoconnell.com
Email: pcarey@mirickoconnell.com

Dated: October 6, 2016

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION)**

| | |
|---|---|
| **In re:** <br><br> **COSI, INC.,** *et al.* <br><br> **Debtors.** | **Chapter 11** <br> **Case No. 16-13704-MSH** <br><br> **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2016, I caused a copy of the following document to be served upon each party noted on the attached Service List via First-Class United States mail, postage prepaid, or as otherwise noted on the attached Service List:

- o  Debtors' Motion To Amend Debtor's Motion For An Order Approving Key Employee Retention Program.

      /s/ Paul W. Carey
Paul W. Carey, BBO #566865
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
Phone: 508.791.8500
Fax:    508.791.8502

Dated:  October 6, 2016                Email: pcarey@mirickoconnell.com

**SERVICE LIST**

**COSI, Inc., et al., Debtors**
**Chapter 11, Case No. 16-13704-MSH (Jointly Administered)**

| | | |
|---|---|---|
| John P. Fitzgerald, III, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>5 Post Office Square, Suite 1000<br>14th Floor<br>Boston, MA 02109<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Steve M. Abramowitz, Esq.<br>Lawrence S. Elbaum, Esq.<br>Vinson & Elkins LLP<br>666 Fifth Avenue<br>26th Floor<br>New York, NY 10103-0040<br>(Counsel to Senior Secured Lenders/NOA)<br>**VIA ECF** |
| William R. Baldiga, Esq.<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>(Counsel to Senior Secured Lenders/NOA)<br>**VIA ECF** | Bank Direct Capital Finance<br>Two Conway Park<br>150 N Field Dr. 190<br>Lake Forest, IL 60045<br>(Schedule F/Top 20 Creditor) | Cadwalader Wickersham<br>One World Financial Center<br>New York, NY 10281<br>(Schedule F/Top 20 Creditor) |
| Quad/Graphics, Inc.<br>P.O. Box 644840<br>Pittsburgh, PA 15264-4840<br>(Schedule F/Top 20 Creditor) | 498 Seventh LLC<br>c/o George Comfort & Sons, Inc.<br>200 Madison Avenue<br>New York, NY 10016<br>(Landlord/Top 20 Creditor) | T-C 685 Third Avenue LLC<br>Attn: Project Management Office<br>685 Third Avenue<br>New York, NY 10017<br>(Landlord/Top 20 Creditor/Lease Rejection) |

**SERVICE LIST**

**COSI, Inc., et al., Debtors**
**Chapter 11, Case No. 16-13704-MSH (Jointly Administered)**

| | | |
|---|---|---|
| Uniway Partners, LP<br>c/o Rose Associates, Inc.<br>200 Madison Avenue<br>New York, NY 10016<br>(Landlord/Top 20 Creditor/Lease Rejection) | RCPI Landmark Properties, LLC c/o Tishman Speyer Properties, L.P.<br>Attn: Property Manager<br>45 Rockefeller Plaza<br>New York, NY 10111<br>(Landlord/Top 20 Creditor) | SRI Eight 399 Boylston LLC<br>c/o Shorenstein Properties, LLC<br>Attn: Corporate Secretary<br>235 Montgomery Street, 16th Floor<br>San Francisco, CA 94104<br>(Landlord/Top 20 Creditor/Lease Rejection) |
| Rose Hill Property Associates, Inc.<br>461 Park Avenue South<br>New York, NY 10016<br>(Landlord/Top 20 Creditor) | Pan Am Equities, agent for Whitehall Properties, II, LLC<br>Attn: Scott E. Solomon<br>3 New York Plaza<br>New York, NY 10017<br>(Landlord/Top 20 Creditor/Lease Rejection) | Street Retail, Inc.<br>1626 East Jefferson Street<br>Rockville, MD 20852<br>(Landlord/Top 20 Creditor/Lease Rejection) |
| 230 West Monroe PT, LLC<br>c/o MB Real Estate<br>Suite 220, 230 West Monroe Street<br>Chicago, IL 60606<br>(Landlord/Top 20 Creditor) | 53 State Street Lessee LLC<br>c/o UBS Realty Investors, LLC<br>Attn: 53 State Street Boston, MA Asset Manager<br>10 State House Square - 15th Floor<br>Hartford, CT 06103<br>(Landlord/Top 20 Creditor) | Easton Town Center LL, LLC<br>c/o Steiner & Associates<br>Attn: Lease Administration<br>4016 Townsfair Way, Suite 201<br>Columbus, OH 43219<br>(Landlord/Top 20 Creditor/Lease Rejection) |
| BDO USA, LLP<br>P.O. Box 642743<br>Pittsburgh, PA 15264-2743<br>(Schedule F/Top 20 Creditor) | Piece Management, Inc.<br>117 South 2nd Street<br>New Hyde Park, NY 11040<br>(Schedule F/Top 20 Creditor) | Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052<br>(Schedule F/Top 20 Creditor) |
| The Art Institute of Chicago<br>Attn: David Thrum, Chief Operating Officer<br>116 S. Michigan Avenue<br>Chicago, IL 60603<br>(Schedule F/Top 20 Creditor) | Robert J. Dourney<br>770 Boylston Street, Apt. 12 I<br>Boston, MA 02199<br>(Schedule F/Top 20 Creditor) | James O'Connor, Jr.<br>The O'Connor Group, Inc.<br>10 Stearns Road<br>Bedford, MA 01730<br>(Proposed Financial Consultant to Debtors) |

**SERVICE LIST**

**COSI, Inc., et al., Debtors**
**Chapter 11, Case No. 16-13704-MSH (Jointly Administered)**

| | | |
|---|---|---|
| Cory Weiss, Esq.<br>Amol Pachnanda, Esq.<br>Ingram Yuzek Gainen<br>Carroll Bertolotti LLP<br>250 Park Avenue<br>New York, NY 10177<br>(Counsel to Landlord/Top 20 Creditors/Lease Rejection (T-C 685 Third Avenue LLC) | Connecticut Department of Revenue Services<br>Attn: Bankruptcy<br>450 Columbus Blvd., Suite 1<br>Hartford, CT 06103-1837<br>(Taxing Authority) | Dustin P. Branch, Esq.<br>Leslie C. Heilman, Esq.<br>Ballard Spahr LLP<br>Suite 800<br>2029 Century Park East<br>Los Angeles, CA 90067<br>(Counsel to Brixmor Property Group, Inc., Federal Realty Investment Trust, PGIM Real Estate, & UBS Realty Investors LLC/Landlord/Top 20)<br>**VIA ECF** |
| David L. Pollack, Esq.<br>Ballard Spahr LLP<br>51st Floor<br>1735 Market Street<br>Philadelphia, PA 19103<br>(Counsel to Brixmor Property Group, Inc., Federal Realty Investment Trust, PGIM Real Estate, & UBS Realty Investors LLC/Landlord/Top 20)<br>**VIA ECF** | Andrew S. Conway, Esq.<br>The Taubman Company<br>Suite 300<br>200 East Long Lake Road<br>Bloomfield Hills, MI 48304<br>(Counsel to Taubman Landlords/NOA/Lease Rejection Landlord)<br>**VIA ECF** | Stephen F. Gordon, Esq.<br>Todd B. Gordon, Esq.<br>The Gordon Law Firm LLP<br>River Place<br>57 River Street<br>Wellesley, MA 02481<br>(Counsel to 55 Broad Street L.P./Landlord/Top 20/NOA)<br>**VIA ECF** |
| Katherine P. Lubitz, Esq.<br>The Gordon Law Firm LLP<br>River Place<br>57 River Street<br>Wellesley, MA 02481<br>(Counsel to 55 Broad Street L.P./Landlord/Top 20/NOA)<br>**VIA ECF** | Lee Harrington, Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-2131<br>(Counsel to EOP-South Station, LLC & BRE Boylston Owner, LLC/Lease Rejection Landlord/NOA)<br>**VIA ECF** | Pennsylvania Dept. of Revenue<br>(Taxing Authority)<br>**VIA FAX (717.783.4331)** |
| New York Dept. of Taxation & Finance<br>(Taxing Authority)<br>**VIA FAX (518.435.8523)** | Virginia Dept. of Taxation<br>(Taxing Authority)<br>**VIA FAX (804.786.2806)** | Michigan Dept. of Treasury<br>(Taxing Authority)<br>**VIA FAX (517.241.4267)** |

**SERVICE LIST**

**COSI, Inc., et al., Debtors**
**Chapter 11, Case No. 16-13704-MSH (Jointly Administered)**

| | | |
|---|---|---|
| Ohio Dept. of Taxation (Taxing Authority) **VIA FAX (614.995.0164)** | Wisconsin Dept. of Revenue (Taxing Authority) **VIA FAX (608.267.1030)** | Illinois Dept. of Revenue Attn: Jeff Lesner Springfield, IL 62719-0001 (Taxing Authority) |
| Comptroller of Maryland Revenue Administration Division P. O. Box 17132 Baltimore, MD 21297-0175 (Taxing Authority) | Tennessee Dept. of Revenue 500 Deaderick Street Nashville, TN 37242 (Taxing Authority) | Honor S. Heath Eversource Energy Service Company Legal Department 107 Selden Street Berlin, CT 06037 (Counsel to Nstar Electric Company, Nstar Gas Company, The Connecticut Light and Power Company, Yankee Gas Services Company each d/b/a Eversource Energy) |
| Joseph S.U. Bodoff, Esq. Rubin and Rudman LLP 50 Rowes Wharf Boston, MA 02110 (Counsel to Milk Street Owner SE LLC/NOA) **VIA ECF** | | |