# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Cosi, Inc.   **Case Number:** 16-13704   (MSH)   **Ch:** 11

#135 Expedited Motion of Debtor for Order (A) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service and (B) Deeming Utility Companies Adequately Assured of Future Performance (P. Carey)
#191 Objection of Certain Utility Companies (M. Powers) (WITHDRAWN)

**COURT ACTION:**

- ___ Show Cause Order   ___ Released   ___ Enforced
- ___ Granted   ___ Approved   ___ Moot
- ___ Denied   ___ Denied without prejudice
- ___ Withdrawn in Open Court
- ___ Sustained   ___ Overruled
- ___ Continued to_____
- ___ Proposed Order Submitted by_____
- ___ Stipulation to be Submitted by_____
- ___ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons set forth on the record, and in light of the withdrawal of the only objection filed, the motion is granted. Counsel to the Debtor shall file and serve a proposed form of order in ECF as a supplemental document and submit a copy in Word format to msh@mab.uscourts.gov.

IT IS SO ORDERED:

_____   Dated: 10/20/2016

Melvin S. Hoffman
United States Bankruptcy Judge