```
                            United States Bankruptcy Court
                                District of Massachusetts
In re:                                                              Case No. 16-13704-msh
Cosi, Inc.                                                          Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0101-1         User: cmartin              Page 1 of 3            Date Rcvd: Dec 05, 2016
                             Form ID: pdf012            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db              +Cosi, Inc.,   294 Washington Street,   Suite 510,   Boston, MA 02108-4612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
              Andrew J. Gallo    on behalf of Creditor    JPMorgan Chase Bank, N.A. andrew.gallo@bingham.com,
               brian.katz@morganlewis.com
              Andrew S. Conway    on behalf of Creditor    Taubman Landlords Aconway@taubman.com,
               Aconway@taubman.com
              Bruce S. Barnett    on behalf of Other Professional    Alliance for Financial Growth, Inc
               bruce.barnett@dlapiper.com,   janine.medina@dlapiper.com
              Bruce S. Barnett    on behalf of Other Professional Randy  Kominsky bruce.barnett@dlapiper.com,
               janine.medina@dlapiper.com
              Christine E. Devine    on behalf of Debtor    Cosi Sandwich Bar, Inc. cdevine@mirickoconnell.com,
               bankrupt@mirickoconnell.com
              Christine E. Devine    on behalf of Debtor    Cosi, Inc. cdevine@mirickoconnell.com,
               bankrupt@mirickoconnell.com
              Christine E. Devine    on behalf of Debtor    Hearthstone Associates, LLC
               cdevine@mirickoconnell.com,   bankrupt@mirickoconnell.com
              Christine E. Devine    on behalf of Debtor    Xando Cosi of Maryland, Inc.
               cdevine@mirickoconnell.com,   bankrupt@mirickoconnell.com
              Christine E. Devine    on behalf of Debtor    Hearthstone Partners, LLC cdevine@mirickoconnell.com,
               bankrupt@mirickoconnell.com
              Christopher Carter    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               christopher.carter@morganlewis.com
              Craig  Rasile    on behalf of Other Professional Randy  Kominsky craig.rasile@dlapiper.com
              Daniel M. Young    on behalf of Creditor    1201 High Ridge Associates LLC dyoung@wrkk.com
              David  Potter    on behalf of Creditor    Airmall Boston Inc. David.Potter@bipc.com,
               donna.curcio@bipc.com
              David L. Pollack    on behalf of Creditor    53 State Street Lessee, LLC pollack@ballardspahr.com
              David L. Pollack    on behalf of Creditor    PGIM Real Estate pollack@ballardspahr.com
              David L. Pollack    on behalf of Creditor    Brixmor Property Group, Inc. pollack@ballardspahr.com
              David L. Pollack    on behalf of Creditor    Federal Realty Investment Trust
               pollack@ballardspahr.com
              David L. Pollack    on behalf of Creditor    UBS Realty Investors LLC pollack@ballardspahr.com
              David L. Pollack    on behalf of Creditor    The Trustees of the University of Pennsylvania
               pollack@ballardspahr.com
              Donald R. Lassman    on behalf of Creditor    Fast Casual Panama, S. DE RL don@lassmanlaw.com
              Donald R. Lassman    on behalf of Creditor    Fast Casual LTDA don@lassmanlaw.com
              Dustin P. Branch    on behalf of Creditor    UBS Realty Investors LLC branchd@ballardspahr.com,
               carole.levine@kattenlaw.com;adelle.shafer@kattenlaw.com
              Dustin P. Branch    on behalf of Creditor    Federal Realty Investment Trust
               branchd@ballardspahr.com,   carole.levine@kattenlaw.com;adelle.shafer@kattenlaw.com
              Dustin P. Branch    on behalf of Creditor    Brixmor Property Group, Inc. branchd@ballardspahr.com,
               carole.levine@kattenlaw.com;adelle.shafer@kattenlaw.com
              Dustin P. Branch    on behalf of Creditor    PGIM Real Estate branchd@ballardspahr.com,
               carole.levine@kattenlaw.com;adelle.shafer@kattenlaw.com

```
District/off: 0101-1          User: cmartin              Page 2 of 3                   Date Rcvd: Dec 05, 2016
                              Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Frederic D. Grant, Jr.    on behalf of Creditor    498 Seventh LLC grant@grantboston.com
        George W. Tetler, III    on behalf of Creditor    Commonwealth Edison Company gtetler@bowditch.com, mbailey@bowditch.com;lhowley@bowditch.com;awhite@bowditch.com
        Honor S. Heath    on behalf of Creditor    Yankee Gas Services Company honor.heath@eversource.com, honor_s_heath@hotmail.com
        Honor S. Heath    on behalf of Creditor    NSTAR Electric honor.heath@eversource.com, honor_s_heath@hotmail.com
        Honor S. Heath    on behalf of Creditor    NSTAR Gas Company honor.heath@eversource.com, honor_s_heath@hotmail.com
        Honor S. Heath    on behalf of Creditor    The Connecticut Light and Power Company honor.heath@eversource.com,  honor_s_heath@hotmail.com
        James F. Wallack    on behalf of Creditor    W/S Wareham Properties LLC jwallack@goulstonstorrs.com
        James F. Wallack    on behalf of Creditor    125 High Street, L.P. jwallack@goulstonstorrs.com
        James F. Wallack    on behalf of Creditor    Massachusetts Institute Of Technology jwallack@goulstonstorrs.com
        James F. Wallack    on behalf of Creditor    Route 140 School Street LLC jwallack@goulstonstorrs.com
        James F. Wallack    on behalf of Creditor    East Office Operating Limited Partnership jwallack@goulstonstorrs.com
        James P. Ponsetto    on behalf of Other Party    RCPI Landmark Properties, L.L.C. ponsettoj@gtlaw.com,  kushnickh@gtlaw.com
        Jason M. Torf    on behalf of Creditor    Gordon Food Service, Inc. jtorf@hmblaw.com, ecfnotices@hmblaw.com
        Jason R. Davidson    on behalf of Creditor    Rose Hill Property Associates, Inc. jdavidson@rosenbergestis.com
        John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
        John Hartigan    on behalf of Creditor    Costa Fruit & Produce Co., Inc. jay@hartiganlaw.net, chris@hartiganlaw.net
        John Hartigan    on behalf of Creditor    Bix Produce Co. jay@hartiganlaw.net, chris@hartiganlaw.net
        John Hartigan    on behalf of Creditor    Costal Sunbelt Produce LLC jay@hartiganlaw.net, chris@hartiganlaw.net
        John Hartigan    on behalf of Creditor    Lagrasso Bros., Inc. jay@hartiganlaw.net, chris@hartiganlaw.net
        John T. Morrier    on behalf of Creditor    PGIM Real Estate morrier@casneredwards.com
        John T. Morrier    on behalf of Creditor    Brixmor Property Group, Inc. morrier@casneredwards.com
        John T. Morrier    on behalf of Creditor    The Trustees of the University of Pennsylvania morrier@casneredwards.com
        John T. Morrier    on behalf of Creditor    53 State Street Lessee, LLC morrier@casneredwards.com
        John T. Morrier    on behalf of Creditor    Federal Realty Investment Trust morrier@casneredwards.com
        Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company jfrank@fgllp.com,  ccarpenter@fgllp.com;jkleinman@fgllp.com
        Joseph H. Baldiga    on behalf of Debtor    Cosi Sandwich Bar, Inc. jbaldiga@mirickoconnell.com, bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Debtor    Hearthstone Partners, LLC jbaldiga@mirickoconnell.com, bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Debtor    Xando Cosi of Maryland, Inc. jbaldiga@mirickoconnell.com,  bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Debtor    Cosi, Inc. jbaldiga@mirickoconnell.com, bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Debtor    Hearthstone Associates, LLC jbaldiga@mirickoconnell.com, bankrupt@mirickoconnell.com
        Joseph P. Davis, III    on behalf of Other Party    RCPI Landmark Properties, L.L.C. davisjo@gtlaw.com,  ponsettoj@gtlaw.com
        Joseph S.U. Bodoff    on behalf of Creditor    294 Washington Owner LLC jbodoff@rubinrudman.com, dflynn@rubinrudman.com
        Joseph S.U. Bodoff    on behalf of Creditor    Milk Street Owner SPE LLC jbodoff@rubinrudman.com, dflynn@rubinrudman.com
        Kate Ellis    on behalf of Creditor    Costa Fruit & Produce Co., Inc. kellis@mccarronlaw.com
        Kate Ellis    on behalf of Creditor    Lagrasso Bros., Inc. kellis@mccarronlaw.com
        Kate Ellis    on behalf of Creditor    Costal Sunbelt Produce LLC kellis@mccarronlaw.com
        Kate Ellis    on behalf of Creditor    Bix Produce Co. kellis@mccarronlaw.com
        Kate E. Nicholson    on behalf of Creditor    Ultimate Software Group, Inc. knicholson@nicholsonherrick.com,  afinn@nicholsonherrick.com
        Kate P. Foley    on behalf of Debtor    Cosi, Inc. kfoley@mirickoconnell.com
        Kate P. Foley    on behalf of Debtor    Hearthstone Associates, LLC kfoley@mirickoconnell.com
        Kate P. Foley    on behalf of Creditor    Costa Fruit & Produce Co., Inc. kfoley@mirickoconnell.com
        Kate P. Foley    on behalf of Debtor    Xando Cosi of Maryland, Inc. kfoley@mirickoconnell.com
        Kate P. Foley    on behalf of Debtor    Hearthstone Partners, LLC kfoley@mirickoconnell.com
        Kate P. Foley    on behalf of Debtor    Cosi Sandwich Bar, Inc. kfoley@mirickoconnell.com
        Katherine P. Lubitz    on behalf of Creditor    55 Broad Street L.P. klubitz@gordonfirm.com, vhaggerty@gordonfirm.com;notices@gordonfirm.com
        Keri Linnea Wintle    on behalf of Interested Party    Uniway Partners, L.P. klwintle@duanemorris.com,  mmmelo@duanemorris.com
        Lee Harrington    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors lharrington@nixonpeabody.com
        Leslie C. Heilman    on behalf of Creditor    UBS Realty Investors LLC heilmanl@ballardspahr.com
        Leslie C. Heilman    on behalf of Creditor    Brixmor Property Group, Inc. heilmanl@ballardspahr.com

```
District/off: 0101-1         User: cmartin              Page 3 of 3              Date Rcvd: Dec 05, 2016
                             Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Leslie C. Heilman    on behalf of Creditor    Federal Realty Investment Trust heilmanl@ballardspahr.com
        Leslie C. Heilman    on behalf of Creditor    PGIM Real Estate heilmanl@ballardspahr.com
        Maria A. Milano    on behalf of Creditor    Microsoft Corporation mmilano@riddellwilliams.com
        Maria A. Milano    on behalf of Creditor    Microsoft Licensing, GP mmilano@riddellwilliams.com
        Mark W. Powers    on behalf of Creditor    Commonwealth Edison Company mpowers@bowditch.com, sperry@bowditch.com;jhalper@bowditch.com
        Michael J. Goldberg    on behalf of Creditor    The Trustees of the University of Pennsylvania goldberg@casneredwards.com
        Michael J. Goldberg    on behalf of Creditor    PGIM Real Estate goldberg@casneredwards.com
        Michael J. Goldberg    on behalf of Creditor    Federal Realty Investment Trust goldberg@casneredwards.com
        Michael J. Goldberg    on behalf of Creditor    Brixmor Property Group, Inc. goldberg@casneredwards.com
        Michael J. Goldberg    on behalf of Creditor    53 State Street Lessee, LLC goldberg@casneredwards.com
        Michael Lawrence Oliverio    on behalf of Interested Party    The Art Institute of Chicago patenlaw@aol.com, loliverio@polsinelli.com
        Michael S. Tucker    on behalf of Creditor    Easton Town Center II, LLC mtucker@ulmer.com
        Nellie E Hestin    on behalf of Creditor    Aetna Life Insurance Company nhestin@mcguirewoods.com, mkrizan@mcguirewoods.com;aauld@mcguirewoods.com;mhackett@mcguirewoods.com;kdevyver@mcguirewoods.com
        Nicholas Katsonis    on behalf of Interested Party    Federal Deposit Insurance Corporation nkatsonis@yahoo.com, nkatsonis@fdic.gov
        Paul W. Carey    on behalf of Debtor    Cosi, Inc. pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
        Paula R.C. Bachtell    on behalf of Assistant U.S. Trustee John    Fitzgerald paula.bachtell@usdoj.gov
        Peter L. Hatem    on behalf of Creditor    Oracle America, Inc. peter@hatemlaw.com, jace@hatemlaw.com
        Sigmund J. Roos    on behalf of Creditor    EOP-South Station, L.L.C. and BRE Boylston Owner, L.L.C. roos@blockroos.com
        Stephen F. Gordon    on behalf of Creditor    55 Broad Street L.P. sgordon@gordonfirm.com, vhaggerty@gordonfirm.com;notices@gordonfirm.com
        Timothy J Carter    on behalf of Creditor    East Office Operating Limited Partnership tcarter@goulstonstorrs.com
        Timothy J Carter    on behalf of Creditor    Route 140 School Street LLC tcarter@goulstonstorrs.com
        Timothy J Carter    on behalf of Creditor    125 High Street, L.P. tcarter@goulstonstorrs.com
        Timothy J Carter    on behalf of Creditor    Massachusetts Institute Of Technology tcarter@goulstonstorrs.com
        Timothy J Carter    on behalf of Creditor    W/S Wareham Properties LLC tcarter@goulstonstorrs.com
        Todd B. Gordon    on behalf of Creditor    55 Broad Street L.P. tgordon@gordonfirm.com, notices@gordonfirm.com;vhaggerty@gordonfirm.com

        TOTAL: 99

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>COSI, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-13704-MSH<br><br>(Jointly Administered) |

12/05/2016 Granted; the hearing is hereby rescheduled to December 14, 2016, at 2:00 PM. Debtor to give notice to all interested parties and file a certificate of such service.

/s/ Melvin S. Hoffman

### ASSENTED-TO MOTION OF THE DEBTORS TO CONTINUE HEARING ON SALE OF SUBSTANTIALLY ALL ASSETS TO LIMAB, LLC, WITH REQUEST FOR EXPEDITED DETERMINATION

NOW COME Cosi, Inc. ("COSI"), Xando Cosi of Maryland, Inc. ("Xando"), Cosi Sandwich Bar, Inc. ("CSB"), Hearthstone Associates, LLC ("HALLC"), and Hearthstone Partners, LLC ("HPLLC"; collectively, with COSI, Xando, CSB, and HALLC, the "Debtors"), with the assent of the Committee and the Purchaser (both defined herein), and hereby request (the "Motion") that this Court continue the hearing which is currently scheduled for December 8, 2016 (the "Sale Hearing") to December 14, 2016 or as soon thereafter as the Court's calendar will permit on the Debtors' *Motion for (I) Order Establishing Bidding Procedures and Granting Related Relief and (II) Order Approving Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests and Granting Related Relief* [Docket No. 105] (the "Sale Motion").

---

[1] The Debtors in these Chapter 11 cases are Cosi, Inc. (Case No. 16-13704-MSH), Xando Cosi of Maryland, Inc. (Case No. 16-13706-MSH), Cosi Sandwich Bar, Inc. (Case No. 16-13705-MSH), Hearthstone Associates, LLC (Case No. 16-13707-MSH), and Hearthstone Partners, LLC (Case No. 16-13708-MSH). The Debtors' corporate offices are located at 294 Washington Street, Suite 510, Boston, Massachusetts 02108. The cases are jointly administered under the Cosi, Inc. case number.

Client Matter/27288/00002/A3547996.DOCX