|  | --NEW ADDRESS --<br>**COSI, INC.**<br>500 Rutherford Avenue, Ste. 130<br>Charlestown, MA 02129<br>Main Tel: (857) 415-5000<br>Website: www.getcosi.com | <u>Writer's Information:</u><br>**Vicki Baue**<br>**VP & General Counsel, CCO,**<br>Direct Tel.:312.310.1336<br>E-Fax: 847.580.4964<br>vbaue@getcosi.com |
|---|---|---|

July 12, 2018

<u>Via US Mail</u>

United States Bankruptcy Court
District of Massachusetts, Eastern Division
11th Floor
John W. McCormick Post Office & Courthouse
5 Post Office Square
Boston, MA 02109

## Re:  Notice of Debtor's Change of Address
### Effective Immediately

We received notice that the Debtors' address for noticing purposes has not been updated with the Bankruptcy Court. By this letter, we are requesting that the address for noticing purposes be updated immediately, as follows:

| Debtors:<br><br>**Cosi, Inc.,**<br>**et al.** | Case Nos.:<br><br>**Chapter 11**<br>**Case No. 16-13704-MSH**<br>**through 16-13708**<br>**(Jointly Administered)** | Debtor's New Address<br>(effective immediately):<br><br>**Cosi, Inc.**<br>**500 Rutherford Ave., #130**<br>**Charlestown, MA 02129** |
|---|---|---|

If you have any questions or require additional information, please let me now at (312) 310-1336 or <u>vbaue@getcosi.com</u>.

>Very truly yours,
>COSI, INC.
>
>*Vicki Baue*
>
>Vicki Baue,
>V.P. & General Counsel